In the Matter of the Claim of MARY G. YAGER and Another, Respondents, v. J. & T. MOTORS CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

## THIRD DEPARTMENT, SEPTEMBER, 1926.

FLOSSIE L. TANNER, Respondent, v. HENRY S. TANNER, Appellant.

*Husband and wife — divorce — interlocutory judgment — trial court on its own motion has power to set aside such judgment — Appellate Division in absence of abuse of discretion will not review the discretionary power of trial court to grant motion to set aside.*

Motion for reargument of an appeal from an order of the Supreme Court, made at the Chenango Special Term and entered in the Chenango county clerk's office on February 13, 1926, setting aside the decision and interlocutory judgment of the Supreme Court in favor of the defendant, entered in said clerk's office on October 14, 1925, in an action for divorce; and also for reargument of an appeal from an order made at the Chenango Special Term and entered in said clerk's office on February 27, 1926, granting $100 counsel fees and expenses of plaintiff and $5 towards the support of a child. (See *ante*, p. 712.)

PER CURIAM. There is nothing in the record which reflects unfavorably on the conduct of the defendant's attorney. We think, however, in view of the nature of the action, that the court had discretionary power on its own motion to set aside the interlocutory judgment and that there was no abuse of discretion. The motion is, therefore, denied, without costs. Motion denied.